FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10036 |
| Plaintiff - Appellee, | D.C. No. 2:92-cr-00277-DAE |
| v. | |
| FELIPE ALMANZA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
David A. Ezra, District Judge, Presiding

Submitted August 23, 2010[**]

Before:    LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Felipe Almanza appeals from the district court's order granting his 18

U.S.C. § 3582(c)(2) motion for sentence reduction.  We have jurisdiction under 28

U.S.C. § 1291, and we affirm.

Almanza contends that the district court erred by imposing a substantively

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

unreasonable sentence, failing to consider all the 18 U.S.C. § 3553(a) factors to impose an individualized sentence, and treating the Sentencing Guidelines as mandatory.  These contentions are foreclosed.  *See Dillon v. United States*, 130 S. Ct. 2683, 2691-93 (2010).

**AFFIRMED.**